**Order entered August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00396-CV

**LISA BEARD, ET AL., Appellants**

**V.**

**SHERRY ANDERSON, Appellee**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 86969CC**

## ORDER

Before the Court is the August 5, 2014 motion of Scott Smith, Official Court Reporter for County Court at Law No. 1 of Kaufman County, Texas, requesting this Court's assistance in securing payment from appellee's counsel for a copy of the reporter's record. It is the appellant's responsibility to request and pay for the reporter's record. *See* TEX. R. APP. P. 35.3(b)(2) & (3). The reporter's record has been filed and Scott Smith admits in his motion that appellants paid for the reporter's record. Appellee is entitled to obtain a copy of the record from this Court without paying a fee. *See* TEX. R. APP. P. 12.4. Accordingly, we **DENY** the motion.

/s/      ADA BROWN
         JUSTICE